UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN McGINLEY,

                Plaintiff,

- against -

NANCY A. BERRYHILL, Commissioner of
the Social Security Administration,

                Defendant.

---

17 Civ. 2182 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-4-18

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of the Magistrate Judge dated July 30, 2018, recommending that the Motion for Judgment on the Pleadings by the plaintiff be granted and that the Motion for Judgment on the Pleadings by the defendant be denied and that the case be remanded to the Commissioner of the Social Security Administration for further proceedings to consider properly the medical opinions and to assess the plaintiff's complex regional pain syndrome. No objections were filed to the Report and Recommendation and the time for filing such objections has passed. In any event, the Court finds that the Report and Recommendation are well-founded and the Court adopts the conclusions.

    Therefore, the Court remands this case to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation. The Court directs that judgment be entered

and that the case be closed on the docket of this Court. The Court also directs that any pending motions be closed.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 4, 2018**

_____
John G. Koeltl
United States District Judge